**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| JOHN PAUL ODHUNO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REED'S COVE HEALTH AND REHABILITATION, | ) | Case No. 15-1347-EFM-GEB |
| LLC d/b/a AVITA; AXIOM HEALTHCARE | ) | |
| SERVICES, LLC; AUDREY SUNDERRAJ; | ) | |
| CAROL SCHIFFELBEIN; CHRISTAN ROSE; | ) | |
| TERESA FORTNEY; TREVA BANUELOS; | ) | |
| and TIM KECK, in his official capacity as Secretary | ) | |
| of the Kansas Department for Aging and Disability | ) | |
| Services, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**EXHIBITS TO PLAINTIFF ODHUNO'S RESPONSE OPPOSING
DEFENDANT ROSE'S MOTION FOR SUMMARY JUDGMENT**

| Ex. # | Description of Exhibit |
|---|---|
| 1 | Deposition of Christan Rose |
| 2 | Deposition of Audrey Sunderraj |
| 3 | Deposition of Vanessa Underwood |
| 4 | 1-13-15 Declaration of Vanessa Underwood |
| 5 | 5-12-15 Affidavit of Vanessa Underwood |
| 6 | 8-5-14 Summers Notes |
| 7 | 8-13-14 Investigation Report |
| 8 | Alleged Perpetrator Information Form |
| 9 | Rose Job Description, Bates No. 1966-1969 |
| 10 | Kansas Employee's Oath, Bates No. 1979 |
| 11 | 7-31-14 Written Statement of Resident G.C. |
| 12 | Avita Diagram |
| 13 | 7-31-14 Rose/Banuelos email thread |
| 14 | 8-6-14 Bragg Notes |
| 15 | Survey Team Time Sheet |

| 16 | 8-11-14 Complaint Processing Form |
|----|-----------------------------------|
| 17 | 8-14-14 Statement of Deficiencies, p. 1 |
| 18 | 9-2-14 Bertelson Affidavit |
| 19 | 5-10-15 Bertelsen Affidavit |
| 20 | 5-5-15 Affidavit of Dr. Lakin |
| 21 | 5-7-15 Affidavit of APRN Tan |
| 22 | Deposition of Paul Odhuno |