Printed: 08/21/2014  8:42:35AM
Due Date: 08/13/2014
Priority: LJ

Intake ID: KS00077825
Facility ID: N087076 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

### PROVIDER INFORMATION

Name: AVITA HEALTH AND REHAB AT REEDS COVE
Address: 2114 N 127TH CT EAST
City/State/Zip/County: WICHITA, KS, 67228, SEDGWICK
Telephone: (316) 500-8800

License #: N087076
Type: SNF/NF
Medicaid #:
Administrator: VANESSA UNDERWOOD

### INTAKE INFORMATION

Taken by - Staff: BEERY, ERNIE
Location Received:
Intake Type: Complaint
Intake Subtype: Federal COPs, CFCs, RFPs, EMTALA, CLIA
External Control #:
SA Contact: SCHIFFELBEIN, CAROL
FORTNEY, TERESA
RO Contact:
Responsible Team: SOUTHWEST DISTRICT
Source: Other Health Provider

Received Start: 07/30/2014  At 10:09
Received End: 07/30/2014  At 10:09
Received by: Hotline
State Complaint ID:
CIS Number:

### COMPLAINANTS

| Name | Address | Phone | EMail |
|---|---|---|---|
| LORI RIBAUDO, O.T. (Primary) Link ID: 142RKQ | 1337 LAVERN ANDOVER, KS 67002 | W: (316) 390-9318 | |

### RESIDENTS/INCIDENT VICTIMS

| Name | Admitted | Location | Room | Discharged | Link ID |
|---|---|---|---|---|---|
| GRACE CORNETT | | | | | 4777178 |

### ALLEGED PERPETRATORS - No Data

### INTAKE DETAIL

Date of Alleged -
Standard Notes:
Extended RO Notes:
Extended CO Notes:

Time:    Shift:

### ALLEGATIONS

Category: Resident/Patient/Client Abuse
Subcategory: Sexual
Seriousness:
Findings: Substantiated:Federal deficiencies related to alleg are cited
Deficiencies Cited: Fed-F-0223-FREE FROM ABUSE/INVOLUNTARY SECLUSION (483.13(b), 483.13(c)(1)(i))     S/S: G
Fed-F-0225-INVESTIGATE/REPORT ALLEGATIONS/INDIVIDUALS (483.13(c)(1)(ii)-(iii), (c)(2) - (4))     S/S: L

Details: *Reporter is contracted O.T.R., not employed by Avita Health.
———————————
RESIDENT: GRACE CORNETT-HAS SOME MEMORY ISSUES-NOT CONFUSED-A/O X 3
*LIVES IN SAGEVEANE HOUSE

DATE REPORTED TO CALLER: 7/23/14

AP/STAFF: UNKNOWN NAME-BLACK MALE THAT COMES IN AFTER 2200
*I LOOKED AT THE A SCHEDULE AND THERE IS A BLACK MALE CNA IN HER HOUSE AT NIGHT-HAVE NOT SEEN HIM-HIS NAME IS PAUL-OTHER STAFF SAID HE IS BLACK WHEN I ASKED THEM

Rose
EXHIBIT NO. 23
6/7/17
APPINO & BIGGS

Printed: 08/21/2014  8:42:44AM  
Due Date: 08/13/2014  
Priority: IJ

Intake ID: KS00077825  
Facility ID: N087078 / SNF/NF  
Provider Number: 175532  
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

**INCIDENT:**
GRACE REPORTED TO ME ON 7/23/14 THAT SHE DID NOT WANT A MALE "NURSE" TO COME IN HER ROOM AND I ASKED HER WHY-- SHE CALLED HIM THE MALE NURSE BUT CALLER FEELS HE IS A CNA ACCORDING TO WHAT HE DOES FOR HER-SHE DID NOT KNOW HIS NAME-SAYS HE COMES IN AFTER 2200 AND LEAVES IN THE EARLY AM AROUND 0600
SHE SAID THIS MALE TOUCHED HER INAPPROPRIATELY WHILE SAYING HE WAS CHECKING THE BED PAD TO SEE IF SHE WAS WET BUT SHE DID NOT FEEL THAT IS WHAT HE WAS DOING-
*ONE TIME HE ALLEGEDLY TOUCHED HER BOTTOM AND ANOTHER TIME HE HAD HER IN HIS ARMS -NO PENETRATION OF VAGINA OR ANUS WAS REPORTED BY THE PATIENT -SHE IS SCARED
GRACE SAID THIS STARTED SEVERAL MONTHS AGO AND SHE IS AFRAID TO GO TO SLEEP AT NOC AND THAT THIS HAS HAPPENED ON A COUPLE OF OCCASIONS AND THAT HE TOLD HER IT WAS THERAPY AND IT WAS GOOD FOR HER
GRACE SAID THAT ONE TIME HE HAD HER IN HIS ARMS AND SHE HAD TO FIGHT HIM OFF AND SHE HIT HIM A COUPLE TIMES TO GET HIM AWAY FROM HER AND HE STATED "IT'S NOT WORTH IT"

*GRACE SAID THE MALE HAS NOT BEEN IN HER ROOM FOR ABOUT A WEEK NOW

THE RESIDENT SAID SHE TOLD THE SOCIAL WORKER THAT IS NO LONGER THERE-HER NAME IS CRYSTAL-SHE TOLD HER SHE DID NOT WANT A MALE NURSE IN HER ROOM ANYMORE BUT THAT IS ALL SHE TOLD CRYSTAL AND DID NOT TELL HER WHY SPECIFICALLY
CRYSTAL REPORTED THIS TO THE HEAD NURSE (UNKNOWN NAME) IN HER HOUSE THAT THE RESIDENT DID NOT WANT A MALE NURSE

I REPORTED TO THE ADMINISTRATOR OF AVITA HEALTH & REHAB-HER NAME IS VANESSA -REPORTED TO HER ON 7/23/14 VERBALLY AND GAVE HER A WRITTEN STATEMENT ON 7/24 -TOLD HER ALL THE ALLEGATIONS MADE BY THE PT-INAPPROPRIATE TOUCHING
CALLER STATED SHE REALLY DID NOT FEEL ANYTHING HAS BEEN DONE SINCE SHE TOLD VANESSA THE ADMINISTRATOR
CALLER STATED SHE WAITED TO REPORT TO KDADS TO SEE WHAT THE FACILITY WOULD DO

ON 7/29/14 THE RESIDENT HAD BREAKFAST AT 1130 AS SHE WAS UP VERY LATE THE NIGHT BEFORE BECAUSE SHE WAS AFRAID TO GO TO SLEEP

**Findings Text:** RESIDENT #3 Grace Coronett Room 207 A

Based on observation, interview, and record review, the facility failed to report an allegation of abuse, investigate, and protect all residents during the investigation. The facility also failed to revise the resident's care plan to include the fact that the resident did not like male caregivers or honor her choice as such. The resident was reviewed for abuse related to a complaint. Citations were made for F223, F225, F242, and F280.

Review of the resident's signed physician history and physical dated 4/17/14   revealed the following diagnoses: encephalopathy, stroke, N/V, DLD, CHF, HTN, CAD, CHF, depression, hyponatremia, leukocytosis,

Admission date 11/1/13, 4/17/14, readmit 5/30/14

Review of a significant change MDS dated 7/18/14 revealed the resident had a BIMS score of 11, indicating moderate impairment. The resident had inattention and disorganized thinking that was present and fluctuated. The resident felt tired or had little energy and had Trouble falling or staying asleep, or sleeping too much for 2-6 days of the previous 14. The resident had a total mood severity score of 3. The resident did not have hallucinations, delusions, or any behaviors. The resident required extensive assistance of one staff for toileting and personal hygeine and limited assistance of one staff for transfers, bed mobility, and walking in the room. The resident was always continent of bowel and occasionally incontinent of bladder.

Review of the significant change MDS (minimum data set) dated 6/3/14 revealed the resident had a short-term memory problem but his/her long-term memory was ok. The resident could identify staff names and faces and knew he/she was in a nursing home. The resident had moderately impaired cognitive skills for daily decision making. The resident had an acute mental status change from baseline. The resident had signs of delirium including inattention, disorganized thinking, and psychomotor retardation that fluctuated. The resident had Trouble falling or staying asleep, or sleeping too much and felt tired or had little energy 2-6 days of the past 14 days and had a total mood severity score of 6, indicating moderate depression. The resident did not exhibit any behaviors. The resident required total dependence on two or more staff for toileting, personal hygeine, and bed mobility. The resident had an indwelling catheter and was frequently incontinent of bowel. The resident did not have any skin problems.

Printed: 08/21/2014  8:42:44AM
Due Date: 08/13/2014
Priority: LJ

Intake ID: K800077825
Facility ID: N087078 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

Review of the admission MDS (minimum data set) dated 4/24/14 revealed a BIMS (brief interview for mental status) score of 14, indicating no cognitive impairment. The resident did not have any signs or symptoms of delirium. The resident felt tired or had little energy 2-6 days of the past 14 and had a total mood severity score of 2, indicating mild depression. The resident required limited assistance of one staff for bed mobility, transfers, toileting, and walking in the room and corridor. The resident was always continent with bowel and bladder.

Review of the CAAs for the 4/24/14 MDS revealed the Cognitive Loss/Dementia CAA did not trigger.

Review of the Cognitive Loss/Dementia CAA (care area assessment) dated 6/10/14 revealed the resident Has current terminal dx of dementia- alert and oriented to self only at times- very lethargic and was recently admitted to hospice services continued decline is expected, communication is limited and often difficult to understand secondary to encephalpathy and dementia, wears glasses.

Review of the Cognitive Loss/Dementia CAA (care area assessment) dated 8/1/14 revealed Grace has a current dx of dementia- she is alert and oriented with periods of confusion- she is able to make needs known. She does not always remember to use call light so staff instructed to anticipate needs - she requires staff assist to assist in decision making due to impaired cognition- she usually understands and is usually understood by others- at times she may miss part/intent of instruction.

Review of the Urinary Incontinence/Indwelling Foley Catheter CAA dated 4/30/14 revealed At risk for incontinence secondary to requiring limited assist with toileting. Grace is currently continent of B&B.

Review of the Urinary Incontinence/Indwelling Foley Catheter CAA (care area assessment) dated 6/10/14 revealed the At risk for increased bowel incontinence secondary to requires extensive assist x2 with toileting- wears incontinent briefs for dignity- dependent on staff for personal hygiene- currently has foley - dependent on staff for foley cath care.

Urinary Incontinence/Indwelling Foley Catheter CAA dated 8/1/14 revealed Actual urinary incontinence noted- Grace is occasionally incontinent urine- frequency and incontinence has increased with recent UTI- UTI treated with ATB- see physician orders- staff to re-check UA to see if resolved as ordered- Requires extensive assist with toileting and personal hygiene- wears incontinent briefs for dignity- no skin breakdown noted.

Review of the resident's temporary care plan dated 4/16/14 revealed the resident prefered only female caregivers.

Review of the resident's comprehensive care plan revealed:
AM ROUTINE: I preferred to sleep in, and require extensive assist of 1 with AM care. I have a current dx of insomnia. When I sleep late into the morning I may eat breakfast late and sometimes skip lunch.
Date Initiated:7/18/2014 Revision on: 8/4/2014 CNA
- AM ROUTINE: I preferred to sleep in, and require extensive assist of 1 with AM care.
Date Initiated:2/28/2014
TOILETING SCHEDULE: I am incontinent of bladder and continent bowel and request staff to assist me to toilet for safety & to monitor pericare & assist when needed. I request that no male caregivers to perform personal care.
Date Initiated:7/18/2014 Revision on: 8/4/2014 CNA
- TOILETING SCHEDULE: I am continent of B&B and request staff to assist me to toilet for safety & to monitor pericare & assist when needed
Date Initiated:2/28/2014 Revision on: 2/26/2014 CNA
- TOILETING SCHEDULE: I am continent of B&B and request staff to assist me to toilet.
Date Initiated:2/26/2014

Need an order for resident to be admitted and pcp Review of a physician order on the hospital interagency transfer dated 4/12/14 revealed Grace Coronett required skilled nuring care for dementia/deconditioning with the length of stay to be less than 30 days.

5/8/14 revealed Resident remains on skilled services with PT/OT/ST for dementia and deconditioning. Alert with some confusion. Able to make needs known. Lungs clear to auscultation. Heart is regular rate and rhythm. Abdomen soft and non-tender. Active bowel sounds in all quadrants with no complaints of constipation. Skin is warm and dry to touch. No edema noted. Resident requires set up assist with eating, bed mobility, toileting, and dressing. Had a shower tonight. Ambulates with walker with standby assist. Continent of bowel and bladder. UA sample collected and put in fridge for AMS staff to pick in morning. Denies pain at this time. Resting comfortably in bed with call light within reach. Will continue to monitor.
Nurses note dated 8/4/14 revealed New order per hospice nurse to swab residents mouth with mycostatin (nystatin) suspension BID x10 days for thrush, order noted, family notified, resident continues in hospice services, level of alertness varies throughout the day, no s/s of pain or distress noted, resident unable to swallow, all meds

RCHR 000005

Printed: 08/21/2014  8:42:44AM  
Due Date: 08/13/2014  
Priority: U

Intake ID: KS00077825  
Facility ID: N067078 / SNF/NF  
Provider Number: 175532  
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

held this am, offered fluids and pudding, very poor intake, staff to check and change as needed, foley patent to dd, granddaughter at bedside, low bed, called hospice and notified of res current status and request pain medication PRN, will have come in tomorrow for visit and start PRN medication, staff is to call hospice with any further concerns, no other issues noted at this time, will continue to monitor

Nurses noted dated 6/13/14 revealed spoke with hospice nurse Katrina regarding res improving LOC, requested ST to eval & tx for diet only and for hospice to review b/p meds d/t Md order of check vital signs monthly, and most of her meds are b/p related

Review of the 24 hour CNA report sheets for July 2014 revealed:  
7/2/14 first shift- Sleeping after breakfast. No lunch.  
7/3/14 first shift-Does not want men taking care of her  
7/4/14 night shift-refused care most of the time. Asked for only female help most times. The report sheet did not indicate if the direct care staff Paul who worked that night asked the nurse to provide care.  
7/5/14 night shift- had an accident in the whole bed. Changed and put back to sleep. The sheet did not indicate who provided the care. The AP Paul was working the resident's house that night.  
7/6/14 day shift- Confused. Urinated in the trash can. Rude and moody. Night shift- tried to urinate in the trash can. Refused help most of the time. Paul worked.  
7/8/14 night shift- Refused help most of the time, so aggressive when someone entered her room. Wet all the bed and the nurse helped change the resident. Paul worked.  
7/10/14 day shift- a little confused in the morning. Night shift- Went to the bathroom a few times. The sheet did not indicate who assisted the resident to the bathroom. Paul worked.  
7/11/14 day shift- slept in and toileted at 12:45 p.m. Night shift- refused care at all times. Paul worked  
7/14/14 night shift- looked good all night long. Walked to the bathroom with the help of the nurse. Paul worked.  
7/15/14 day shift- Doing great today. Hardly confused at all. Night shift- Looked ok. Helped to the bathroom many/couple times. The sheet did not indicate the nurse assisted the resident to the bathroom. Paul worked.  
7/16/14 day shift- Very compliant today.  
7/17/14 day shift- "Very with it" Night shift- Went to the bathroom with the help of the charge nurse. Paul worked.  
7/18/14 Night shift- Toileted a few times. The sheet did not indicate the nurse toileted the resident. Paul worked.  
7/20/14 day shift- Confused. Son will be coming tonight. Night shift- She was ok. Family spent the night. Paul worked.  
7/25/14 night shift- Kept getting up and down to go to the toilet. The sheet did not indicate the nurse toileted the resident. Paul worked.  
7/29/14 day shift- slept until 11:30 a.m. (paul worked the night before on the 28th)

Review of the a 24 hour nurse report sheets for July 2014 revealed:  
7/3/14 day shift- no male aides  
7/7/14 day shift-monitor for self transfers and voiding on the floor.  
7/8/14 night shift- The resident was up at 5:00 a.m. and had unmade his/her bed without triggering the bed alarm.

dietary note dated 7/7/14 revealed CBW: 114.4#; reflects a 9.2% wt loss x 1 month, an 8.3% wt loss x 3 months. Sig wt changes noted. Diet: Mech soft with HTL + magic cup BID; decreased po intake noted r/t pt does not like diet consistency per staff. Pt taken off hospice services today r/t pt family would like to trial therapy. Future wt changes possible r/t varied po intake, resident dislike of mech altered diet, dementia/ dz process. Rec increase magic cup to TID. Rec add appetite stimulant. Request SLP re-evaluate current diet order if able. Will continue to f/u prn.

Nurses note dated 7/12/14 revealed Resident continues on abt tx for uti with no adverse reaction noted at this time, fluid encouraged and taken well, resident continued to have some confusion and unaware of safety needs, no other concerns at this time, will continue to monitor. T 96.0

dietary note dated 7/14/14 revealed CBW: 118.8#; reflects a 5.8% wt gain x 1 month. Sig wt change noted; wt gain desired. Diet: Mech soft with NTL + magic cup BID; improved po intake at meals per staff. Sometimes skips breakfast because pt likes to sleep-in per nrsg. Pt taken off hospice services at this time per family request. Future wt changes possible r/t varied po intake on occasion, dementia/ dz process. Re-rec increase oral suppl to TID. Will continue to f/u prn.

Nurses note 7/14/14 revealed Resident continues on abt tx for uti with no adverse reaction noted, resident afebrile and noted to still have some confusion. Fluids encouraged and taken well, no concerns at this time, will continue to monitor. T 96.5

Review of a nurses note dated 7/15/14 at 8:05 p.m. revealed Temp 98.4- last day of ABT, cognition cont to improve along with improving adls' & mobility. No s/s of adverse reaction, denies pain with urination

Nurses noted dated 7/15/14 at 2:19 a.m. revealed Resident is LCT with kidney disease, CHF, Lumbago, HTN and

RCHR 000006

Printed: 08/21/2014  6:42:44AM
Due Date: 08/13/2014
Priority: IJ

Intake ID: KS00077825
Facility ID: N067076 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

Hyperlipidemia. She is alert to person, place, and time, can voice her needs, and does not use her call light as they arise. She has a bed alarm which is utilized along with q2h checks while resident is in her room. HRRR @ 77 bpm with a bp of 122/69. LCTA @ 16 resp/min with spo2 of 97% on RA. Abdomen soft, not tender, not distended. She is incontinent of bladder, and continent of bowel. Bowel sounds normal active x 4 quads. No edema noted. Resident is 1 person extensive with forward wheeled walker, she is 1 person limited with adl?s and bed mobility. She is supervision with meals. Resident is resting in her bed at this time with call light in reach.

Nurses note dated 7/16/14 at 2:24 a.m. revealed Resident is LCT with kidney disease, CHF, Lumbago, HTN and Hyperlipidemia. She is alert and oriented x 3, can voice her needs, and does not use her call light as they arise despite education given. She has a bed alarm which is utilized along with q2h checks while resident is in her room. HRRR @ 70 bpm with a bp of 133/74. LCTA @ 20 resp/min with sp02 of 96% on RA. Resident is continent of bowel and bladder. She has no verbal complaints of constipation with bowel sounds normal active x 4 quads. Skin is warm, dry, and intact. Resident is 1 person extensive assist with ambulation via fww, toileting, and adl?s. She is standby at meals, and 1 person limited with bed mobility. She is resting in her bed at this time with no issues, call light in reach.

Nurses note dated 7/17/14 at 11:51 p.m. revealed Resident is LTC with kidney disease, CHF, Lumbago, HTN and Hyperlipidemia. Alert and oriented with confusion at times and does not using call light. Lack safety awareness, bed alarm in place. HRRR. LCTA with even and non-labored respirations. Skin is warm and dry to touch. No edema noted. Abdomen soft and non-tender. Active bowel sounds in all quadrants. Requires assist x 1 with ADLs. Ambulates with walker with standby assist. Continent of bowel and bladder. Needs set up assist with meals. Denies pain and discomfort. Sleeping at this time. Bed in lowest position with call light within reach. Will continue to monitor.

Review of a nurses note dated 7/17/14 at 12:50 a.m. revealed the resident was alert and oriented to person, place, and time and could voice his/her needs. The resident was resting in his/her bed at that time. The note did not indicate the resident was sleeping.

Review of the resident's behavior charting for July 2014 revealed the resident had 2 episodes of confusion from 7/17-7/31/14 on 7/23/14 during the day shift.

Review of the resident's skin assessments from 5/2/14-7/31/14 revealed no abnormal bruising.

Review of the nursing assignment sheet revealed the a A.P. Paul worked in the resident's house 7/23/14, 7/24/14, 7/25/14.

Review of a statement from the former social worker Crystal Milliken dated 7/23/14 revealed several weeks ago, the resident had told him/her that he/she would prefer to receive showers from female nurses instead of males. The resident did not list anyone specific and did not complain about a male. The resident was confused at times during the course of the conversation. The social worker let the charge nurse and administrator know of the resident's request to have a female aide give him/her a shower.

Review of an OT daily progress note dated 7/23/14 revealed the resident stated he/she had a male nurse that worked at night and he/she was uncomfortable with him being in her room. The resident was hesitant and explained the male nurse would come in and touch him/her while he/she was in bed and facing the wall and would touch her buttocks. The nurse told her he/she was checking to see if her pad was dry, but the resident stated he/she did not think that was correct. The resident described other situations happening and the black male nurse would call it therapy and said it was good for him/her. The resident described the last holiday when most of the staff was gone, the male nurse had her ouside in the courtyard and was rough with her in the grass. The resident was afraid if he/she told anyone, he/she would be in trouble. Staff then reassured the resident and the resident stated he/she was afraid to go to sleep at night. The resident told the social worker, Crystal, that he/she did not want a male nurse with her in the shower and the social worker told the head nurse that the resident had requested female nurses only. The resident stated nothing had happened the past few nights, but he/she saw the man working out by the nurses station and when he/she got out of the restroom, the staff was gone. The resident believed the male nurse was scared because the resident's son had stayed the night that past Sunday and that is why the man had not returned. The resident stated the man came into her room on the night her son stayed. The resident reported he/she was fearful the male nurse would retaliate against her if he/she said anything.

Review of an OT daily treatment note dated 7/28/14 revealed the resident stated the male nurse he/she complained about had been in to fix the bed alarm but had not bothered him/her inappropriately. The resident also stated that he/she thought there were two other women in his/her house that did not think there was anything wrong with what he was doing, that it was good for their health. The resident would not tell the names of the other two women. The resident stated he/she would rather die and go to heaven than put up what that junk. The resident was aware of his/her memory deficits and stated he/she did forget. Staff educated the resident to use a

Printed: 08/21/2014  8:42:44AM
Due Date: 08/15/2014
Priority: IJ

Intake ID: KS00077825
Facility ID: N087076 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

notepad to write down important facts/events that he/she needed help to remember.

Review of an OT daily treatment note dated 7/29/14 revealed the resident ate breakfast at 11:30 a.m. and the resident stated he/she was up until 1:00 a.m. because he/she was afraid to fall asleep in fear the male nurse would come into her/her room.

Review of a notarized witness statement dated 7/31/14 revealed OTR/L staff Lori Ribaudo stated the resident gave her a verbal report of abuse on 7/23/14. Staff Lori then went and discussed the situation with coworker Donita Hock and then both of them went to the administrator Vanessa and Lore verbally reported the conversation and concerns that the residwent explained to him/her about inappropriate behavior. Staff wrote he/she gave the administrator a written statement the following day on 7/24/14.

Review of a notarized witness statement dated 7/31/14 from Donita Hock COTA revealed he/she went with Lori Ribaudo to the administrator's office on 7/23/14 to talk about what the resident, Grace Coronett, had reported to Lori and then to his/herself about a "nurse" that had him/her out in the courtyard rolling around on the ground, on a holiday when nobody was here, on the 4th of July he/she thought. The resident had told him/her that his/her son had stayed the night on a Sunday night (July 20th) and the same nurse, a black man was working and came into her room with her son there. The resident told the staff person he was not to be in her room and to get out. The resident had reported to staff Donita on 7/23/14 that the staff member had not been back since then. Per the statement, the administrator looked at the schedule and said person the resident is talking about worked all those nights, so it can't be him. Staff Donita said to the administrator that the staff member was not at work, but had stayed out of her room, she thought because his/her son scared him off. Per the statement, the administrator stated the resident was confused. Staff Lori and Staff Donita both told the administrator the resident had decreased memory but was alert and oriented to person, place, and time, and was not confused. Staff Donita wrote in the statement that the things the resident had reported were higher level of funtioning for thinking, as the resident said "I know if he is not bothering me, he is after someone else here."

Review of the resident's notarized statement, witnessed by surveyor Treva Banuelos, dated 7/31/14 revealed, "I have had a rough time while at the facility. I almost died because I was very sick. There is something that has been bothering me. I told a pretty girl with black hair and she went and told another. I don't want to cause any problems and I don't have any proof, but there has been someone avusing me. It hasn't happened for a while, but it has gone on for the last couple of months, since the Spring. It is a black man and he tells me he is a nurse. My son stayed all night not too long ago and the black man tried to come in then, but I think it scared him away when he saw my son. For 3 days after that, he stayed away. He always had an excuse that he was checking on something to be sure I didn't fall. I know my memory is not very good, but I know what happened to me. He would come into my room late at night without knocking and say he was trying to see if my pants were wet and he would touch my bottom. I'm not making it sound as bad as it actually was. One time on a weekend, when there wasn't anyone else around, on a holiday, he took me outside and rolled me around on the ground. I don't know what he was trying to do. I hit him on the arms and it made him mad and he finally gave up. He has come back and tried to do it again, and I have fought him off. I lay here everynight scared that he will come back. He would tell me it will make me feel good and it was healthy for me. I hate to think what else he would have done if I hadn't fought him off. I don't go to bed until after 1:00 a.m. sometimes laying awake being afraid about it. Nobody should be disturbed in their sleep as much as I was. My memory can be bad sometimes, but I know I'm not imagining anything or I wouldn't lay there and worry about it all night. It has gone on for a couple of months and there were a lot of times he came in and messed with me. I was very scared everytime I saw him. I have lost so much sleep over this."

Review of a notarized witness statement by Lori Ribaudo, OTR/L dated 7/24/14 revealed the resident had reported to staff that he/she did not want a male nurse in her room. Staff asked why and the resident was hesitant but explained there was a black male nurse that made her uncomfortable and touched her inappropriately on several occasions. The patient stated the male nurse called it "therapy" and told her it was good for her. The resident explained the last holiday when most of the staff were gone, the male nurse had her in the courtyard, was rough with her and had her in the grass. The resident told the social worker that she did not want a male nurse in her room and the resident did not tell the social worker why at that time. The resident had seen the male nurse working since then and stated that nothing had happened the past couple of nights. The resident explained she was afraid of falling asleep at night in fear "he" would be coming in.

Review of a social service progress note dated 8/1/14 revealed Met with resident in room. Needed to complete assessment to complete MDS. Resident knew the date,month,year,day of week. She needed ques to remember the three words that were discussed five minutes prior. She remembered two out of three after cueing. She knew the president was Obama but thought that Clinton was the president before Obama. She knew that she had soup with corn in it last evening because she couldn't eat the corn. She also had a ham/cheese sandwich but only ate half of her sandwich because she was full. However, she stated that she woke at 1:00 am in the morning because she was hungry and wished she had the other half of her sandwich. She did state that her "memory is sometimes good and sometimes not". In conversation, she displays word finding difficulties. She stated that her son visits her

Printed: 08/21/2014  8:42:44AM  
Due Date: 08/13/2014  
Priority: IJ

Intake ID: K800077825  
Facility ID: N007076 / SNF/NF  
Provider Number: 178532  
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

once a week and sometimes they go out for dinner. She stated that he lives in Ark City and works on airplane engines. She states that she is one of eight children. The two sisters that she remembers is Goldie and Ethel. She states, "remembers Goldies name because it is like money". She discussed her occupation as a seamstress/tailor and worked for Henry's clothing store. She stated she worked till they closed their doors. She then worked for Mens Warehouse then VON MAUR. She stated that when she worked at Von Maur, "a mexican lady kept giving me a hard time so I quit". She then started her own tailor shop at home. She then started talking about how her family bought her a pink dress at a garage sale and had it cleaned for her to wear at her own funeral. She then would start talking about playing chicken feet dominoes. She stated that she had recently went to her grandsons house to get the rest of her clothes and realizes she has too many clothes. The total conversation lasted 40 minutes. During the conversation, there was multiple times that she would start discussing stories totally off the current subject requiring lots of redirection in order to complete my assessment.

Review of direct care staff Paul Odhuno CNA's time card report dated from 7/28/14-8/4/14 revealed the resident had worked 7/28/14, 7/29/14, 8/1/14, and a double shift (16 hours) on 8/2/14.

Review of a physician visit form dated 8/2/14 revealed the APRN was asked to evaluate the resident for mental anguish. The resident was pleasantly confused. The resident sat in the dining room and did not mention any episodes of unusual activity to the APRN. The resident also denied pain, nausea, vomiting, or suicidal thoughts. The assessment listed psychosis. Pt with delusional thoughts at times, but cooperative with staff. Mood stable without anxiety. Eating well. Does not need an antipsychotic at this time. No signs of mental anguish.

Review of the resident's progress notes from 6/2/14- 8/5/14 revealed no mention of the resident not wanting male staff to work with her.

Review of the staff assignment sheet from 6/29/14-7/5/14 revealed the AP Paul worked in the Saghbene house on night shift on 7/4/14 and 7/5/14.

Review of the staff assignment sheet from 7/6/14-7/12/14 revealed Paul worked on nights in the Saghbene house on 7/6/14, 7/8/14, 7/9/14, 7/10/14, and 7/11/14.

Review of the staff assignment sheet from 7/13/14-7/19/14 revealed Paul worked on night shift on 7/14/14, 7/15/14, 7/17/14, 7/18/14 and 7/19/14.

Review of the staff assignment sheet from 7/20/14-7/26/14 revealed staff Paul worked on night shift 7/20/14, 7/22/14, 7/23/14, 7/24/14, and 7/25/14.

Review of the 7/27/14-8/2/14 staff assignment sheet revealed the AP Paul worked the Saghbene house 7/28/14, 7/29/14, and on 8/2/14 worked a double shift for 2nd and 3rd shift in the Reddy house. Per facility report the AP worked on the Berlin house for 3rd shift on 8/1/14.

Review of the 8/3/14-8/9/14 staff assignement sheet revealed the AP Paul was scheduled to work in the Reddy house on 8/3/14, and for double shifts (2nd and 3rd) on 8/6/14 and 8/9/14.

Review of the August 2014 schedule, the AP was moved from the Saghbene house to the Riffel and Reddy houses for 3rd shift and for second shift he was moved to the Reddy house.

Observation on 7/31/14 at 8:50 a.m. revealed to get to the resident's room, staff had to walk from the hall into a foyer area in the corner and then go around another corner to the left. The resident's bed was located behind the door. The resident's room was not visible from the hallway. The resident's bed was also not visible from the foyer or the hallway.

Observation on 8/6/14 at 8:38 a.m. revealed there were no cameras on the exterior of the building.

Interview with the resident on 7/31/14 at 10:03 a.m.- see notarized statement above.

Interview on 7/31/14 at 12:00 p.m. with the resident's son John Bertlesen revealed I think all of the women have a little trouble with male nurses. Mom especially has a problem with male nurses. Paul, the black male nurse comes in and resets the resident's fall alarm if it goes off. She does have a little bit of memory loss, but it had improved a lot. Seems to be the person I know her to be. She told me that on a weekend he took her outside when there was no one around and rolled her on the ground. The night I stayed the night in Mom's room, he may have been a little shocked to see me. Not sure if he knocked when he came in, but he came in. I know she doesn't have as much confidence in going to sleep as she did before. I've been praying about it but worried Mom will get kicked out of the facility. The facility had not talked to him about it at all. The staff Jackie, the nurse and maybe Angie, talked to Crystal, the social worker and she just got laid off, and they told him that they don't believe it was likely to happen. No cameras outside. There are only 2 staff that work at night and believe they help cover

Invest.rpt 01/04

Printed: 08/21/2014  8:42:44AM
Due Date: 08/13/2014
Priority: LJ

Intake ID: KS00077825
Facility ID: N057076 / SNF/NF
Provider Number: 178532
MgmtUnit: SW

## ACTS Complaint/Incident Investigation Report

both houses. Mom has told me she had asked Paul not to come and she told staff that she didn't want him to come into her room. The story has stayed the same. When it happened, her mind was questionable. She told me about it first in June. I don't believe that it is related to Paul being black. She always taught us to love all people regardless of their differences.

Interview with direct care staff Brady Farner CMA on 7/31/14 at 9:03 a.m. revealed he/she had only helped the resident once or twice. Still needed a one person assist. Required an incontinence product changed in the morning.

Interview with direct care staff Dulce Castillo CNA on 8/5/14 at 9:59 a.m. revealed I know when she was more confused when she was readmitted but now was more with it. The resident hardly ever had confusion. Staff reported he/she had worked in the facility since February and worked the resident's house about once a month. Staff reported the resident had not had any days of confusion in the last 3 months that he/she had worked the house. Had not noticed concerns with the resident's memory.

Interview with on with Danielle Harris CNA 8/5/14 at 2:10 p.m. revealed the resident got very confused when she was sick. A month or so ago she was really confused. Did not notice any confusion on this day.

Interview on 8/5/14 at 3:47 p.m. with the resident's son revealed the resident had not ever mentioned the male black night shift staff she was afraid of by name, but the family member reported he/she knew it was Paul because Paul worked in the resident's house a lot, more than any other black male. The family member confirmed the night he/she stayed the night and the black male staff came in was Paul. The family member reported the resident's story had consistently been the same each time and he/she reported the resident had never been one to make things up. The family member reported he/she visited the resident at least twice a week every week. The family member reported the resident's cognition was very poor when she was sick and almost died, but it had improved a lot in the last month or so. The family member reported the resident had not had any confusion in the last 3-4 weeks. The family member reported he/she felt the resident would always be uncomfortable or afraid if Paul continued working there and he/she hoped that Paul would not be working in the facility at night for sure. The family member reported he/she just wanted to be sure the resident could go to sleep peacefully at night.

Interview with the resident on 8/5/14 at 4:10 p.m. revealed the black man during the night that she had problems with touching her inappropriately and making her scared was the same man that came in the during the night her son stayed the night. The resident reported he/she was certain of it. The resident had reported he/she had fought the resident off 3 different times. The resident reported there were a few nights during the past week that the black male staff member that he/she was afraid of would come very quietly in the night and he/she lay there awake scared as she could see his/her long black fingers come around the edge of the door and he/she would just look in and smile, tormenting him/her.

Interview with direct care staff Ralysha Love CNA on 8/5/14 at 4:52 p.m. revealed she had regularly worked in the Saghbene house for about 7 months. The resident had been there twice and was very independent at first, went home, came here again, got really sick and was confused then, but had gone off of hospice and now was not confused at all. Reported the resident had not had any confusion in the last couple of weeks.

Attempts were made to contact the alleged perpetrator Paul Odhuno CNA without success on 8/5/14 at 12:42 p.m. and 8/6/14 at 1:45 p.m.

Interview with licensed nursing staff Lola Anderson RN on 7/31/14 at 5:48 p.m. revealed he/she had not heard any resident complaints or concerns related to his/her co-workers treatment of residents. Reported the resident did not like male nursing staff to work with him/her.

Interview with licensed nursing staff Jacqueline Leo LPN on 8/5/14 at 2:08 p.m. revealed he/she had worked with the resident since he/she was admitted. Staff reported that the resident came in after a fall at home and then got really sick with a bad uti. Went to the hospital and then was not the same. The resident had occasional confusion, but not very often. Staff reported the resident's confusion had gotten much better in the last couple of weeks.

Interview with Crystal Milliken on 7/31/14 at 6:15 p.m. revealed the resident told him/her that he/she did not want male staff for showers and the resident did not say why. Staff reported he/she did not question it because there were many female residents that did not like male staff to provide personal cares. Staff confirmed he/she did not document the conversation with the resident anywhere, but told the charge nurse.

7/31/14 at 2:15 PM Janet LPN reported the nurse staff have access to the therapy progress notes.

Interview with Janet Stream LPN on 8/5/14 at 3:37 p.m. revealed she did not work with the resident often enough to know why she did not like to work with male staff. Denied speaking with the resident's son about any concerns

Printed: 08/21/2014   8:42:44AM
Due Date: 08/13/2014
Priority: IJ

Intake ID: K300977826
Facility ID: N067076 / SNF/NF
Provider Number: 175632
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

related to his mother and any staff members. Reported he/she was the only nursing staff member that work in the facility named Janet.

Interview on 7/31/14 at 12:59 p.m. with Lori Ribaudo, OTR revealed the resident had some problems with her memory, but was not confused. Reported the resident was very fearful to tell her and reported he/she gave her written statement to the administrator the next day.

7/31/14 at 1:56 PM therapy staff Lori reported he/she gave the administrator a letter of statement with description of the occurrence for this resident, and later that day asked the administrator if he/she had talked to the resident. Staff reported the administrator told him/her, he/she had talked to the resident. Staff reported he/she had not heard anything else since this time.

Interview on 8/5/14 at 3:44 p.m. with Lori Ribaudo, OTR revealed the resident never mentioned the black male on night shift, the a.p., by name when the resident told her what happened.

Inteview with Donita Hock, COTA on 7/31/14 at 2:19 p.m. revealed he/she was with Lori Ribaudo on 7/23/14 when she told Vanessa, the administrator what the resident said. It did include the sexual nature of the allegation. Since the allegation was reported to the administrator, the resident had reported that the black male staff tormented him/her by coming to the door and looking around it and then leaving.

During an interview with administrator Vanessa Underwood on 7/31/14 at 12:20 p.m. revealed the facility did not have any allegations of abuse that were not called in because they always called it in. Reported at 12:47 p.m.

Interview with administrator Vanessa Underwood on 8/6/14 at 8:48 a.m. revealed all exterior doors were monitored with cameras from the inside with continuous streaming video. Staff reported there were 5 cameras in each house and he/she was unsure of the retention policy for video camera footage.

Interview with administrator on 7/31/14 at 1:27 p.m. revealed he/she thought the therapist had a concern with her and a staff member on 7/23 or 7/24/14. When I went to interview her that evening, she was very confused, talking with her grandmother. Talked about a man that came in who changed who he was when he came and and talking about her grandparents staying the night. said she liked the girls here. Wasn't afraid to stay here. The therapist's concern was that there was a man that came and took her out into the courtyard rolled her around in the grass and something that the therapist was concerned with. Reported all of the night shift male staff were african american. Reported there were 4 african american male nurses, and 3 of the CNAs were african american. The nurses work 12 hour shift and the aides worked 10 p.m.-6 p.m. The male staff probably all rotated between the houses and had the possibility of working in all houses. Paul worked primarily on the Riffel Saghabene houses, but if there was a call in. The aides had the potential to work in any area of the facility. Confirmed he/she had access to the therapy notes in the computer as the facility had recently got a computer program that allowed the therapy program to connect with the electronic medical record.

Interview with Vanessa Underwood, administrator on 8/5/14 at 4:24 p.m. revealed the therapist reported it was a male black nurse. Since I was not able to get a description from the resident, we decided to suspend all black nursing staff. Reported there were maybe 3 black male that worked nights routinely. We did resident interview of every alert and oriented resident in the building. Specifically asked if any black males had touched them inappropriately. We interviewed all black male staff and were unable to identify any evidence to keep them suspended. Visited with her son and reported he did not believe it to have happened. Thought they were all great guys. The resident reported the incident about rolling around in the grass happened during the day. When a resident had a bed sensor, if staff were providing cares, the alarm would be going off. Staff did not know whether staff disabled the alarm while providing cares. The night shift charge nurses (females) were providing all the personal cares to the resident. Every single employee participated in the inservices. The suspended black male staff had very consistent stories and knew the resident preferred female staff and did not want male staff since 7/3/14. The resident had not had any personal care since 7/3/14 provided by males that staff knew of. Reported the portion of the plan was that there would be no male staff in the Saghbene house had not been sent in the official plan.

Interview with Kim Summers on 8/5/14 at 4:48 p.m. revealed the facility had no video on July 4th of staff in the courtyard with the resident. reviewed bed alarm log, could not find a pattern of her being more restless at night, long standing history of insomnia. The resident was supposed to go in and provide fluids and take out trash. The bed alarm is used to alert staff she is getting up on her own because the resident lacked safety awareness. The resident was starting to become more independent. The resident had required incontinence care during that time she was very sick until about 7/15/14. The resident did have the bed sensor in place during the time she required incontinence care. We could not substantiate the investigation. Have rearranged the assignments so there are no male staff at all working in that house (Saghbene).

On 7/31/14 at 2:56 p.m. interview with Vanessa Underwood reveals he/she talked to the social worker and the

Printed: 06/21/2014  5:42:44AM
Due Date: 08/13/2014
Priority: LJ

Intake ID: K500077825
Facility ID: N087076 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

staff members that worked in the house. Asked them if Grace had complained about not liking a specific staff member or any complaints about staff in general, anyone that did not want in her room. Becca Spoon mentioned the resident did not like men in her room since she had come back from the hospital but it was not anyone specific. Did not obtain written statements. (Provided typed up statement from the social worker, unsigned). Reported he/she did not follow up with the therapist about the concern. Reported the therapist asked her about it and then provided a written statement and I told her I was taking care of it. Reported the resident did not have periods of confusion. There were times when I talked with her when she was very lucid with odd statements included in with the lucid talk. Did not take anyone with her when interviewing the resident. Reported he/she probably had access to the therapy notes. Recently point click care and the therapy system merged to show in the electronic chart. When an allegation of ANE was made if there was an alleged perpetrator, we immediately suspended the A.P. Reported the therapist was walking the resident in the hall and the resident told the therapist and told the social worker that she did not want male staff in her room. I remember her saying that Grace would be very willing to tell me about it and if I would just go tell her. Grace said a male staff member took her out to the courtyard and rolled her in the grass and he called it therapy. Reported it would have been considered ANE if the resident were able to corroborate the story. Reported he/she did not typically investigate and then report, but tried to gather as much information as possible before calling something in to report it. Because the resident could not report anything about what the resident said, so it was not reported. Reported that rolling around in the grass calling it therapy, did not sound plausible given some of the statements Grace had talked about. Reported that if he/she truly thought if someone had done something to a resident, I would take action, and would do everything to protect the resident. Reported he/she did not talk to residents specifically regarding this investigation, but had related to another investigation and none of them had concerns. Reported during the time of the investigation, he/she had not suspended anyone. Had no alleged perpetrator to suspend because the resident could not pin it down to male, female, black, or white.

On 7/31/14 at 3:30 p.m. the administrator Vanessa Underwood was notified of an IJ situation in the facility by reading the prepared warning statement. Surveyor Treva Banuelos was also present.

Review of the undated facility policy for Abuse, Neglect and Exploitation, revealed all facility employees were educated that all alleged or suspected violations should be reported to the administrator IMMEDIATELY and the administrator or CEO would ensure all alleged or suspected violations involving mistreatment, neglect or abuse were investigated and reported immediately to the KDADS Complaint hotline within 24 hours of the incident. If there is enough evidence to suspect that an individual may have abused or neglected an elder, that individual will not be allowed to work in the facility or allowed access to the facility until the outcome of the investigation was known.

#1 rm 213 A Georgia Aaron
Based on observation and interview, there were no concerns related to abuse for the resident. The resident did not have any concerns about his/her care or caregivers. No deficiencies were cited for this resident.

Interview on 7/31/14 at 9:32 AM the resident reported she did not like the big boy working on day shift, he was too pushy and did not know how to do his job well. He expected things to be done " right now " and stated " he rubs me the wrong way ". The resident reported the easiest staff to work with were the " black boys on second and third shift " stated they know their jobs and do what they are told.
Review of the admission MDS dated 11/3/13 revealed a BIMS score of 15. The resident required extensive assistance with bed mobility, transfer and toileting. And ws always continent of bowel and bladder. Took and antianxiety and antidepressant for all 7 days.
Review of the adl CAA dated 11/3/13 revealed the resident will need extensive assistance of 1 to2 staff for adl's and had a dx of paralysis agitans, parkinsons and can make her needs known.
Review of the quarterly MDS dated 7/14/14 revealed a bims score of 14, the resident required extensive assist of one staff for bed mobility, transfer and toileting, and ws frequently incontinent of bowel and bladder. Took and antianxiety for 1 day and antidepressant for 7 days.
Review of the care plan dated 11/26/13 revealed the resident had a current diagnosis of parkinsons and directed staff to provide extensive of 1 staff with dressing, bed mobility and toilet use.

#2 rm 215 Virginia Schockley
Based on observation and interview, there were no concerns related to abuse for the resident. The resident did not have any concerns about his/her care or caregivers. No deficiencies were cited for this resident.

Interview at 10:47 AM in 7/31/14 reported there is a black staff at night that is too rough with her when he transfers her from the bed or getting back in the bed. The resident reported the male staff have not been inappropriate or made her feel uncomfortable other than being rough. Staff reported he has told her she calls too much. The resident did not know the name of the staff who was rough.
Review of admission MDS dated 3/31/14 revealed a BIMS 15. The resident required extensive assist of one staff for bed mobility, transfer and toileting. Occasionally incontinent of bowel and bladder.

Printed: 08/21/2014  8:42:44AM                                    Intake ID: KS00077825
Due Date: 08/13/2014                                              Facility ID: N067075 / SNF/NF
Priority: IJ                                                      Provider Number: 175532
                                                                  Mgmt Unit: SW

## ACTS Complaint/Incident Investigation Report

Review of the CAA dated 3/31/14 revealed the resident required extensive assist of one staff for adl assistance
Review of the quarterly MDs DATED 6/20/14 reveald a bims score of 15. Extensive assist of one staff for bed mobility, transfer and toileting. The resident was frequently incontinent of bladder and occasionally incontinent of bowel.
Review of the resident's care plan revealed there were nothing on the care plan regarding abuse.

Additional resident interviews:
7/31/14 Rm 212 Audine Finch rm 212 reported staff assist her with toileting but none have touched her inappropriately. Was able to answer questions without difficulty.
7/31/14 rm 211 marlene Fondren somewhat interviewable reported the male staff have not touched her innapropriately
7/31/14 rm 210 tom porter (interviewable) reported the day shift boy is too pushy and he does not feel comfortable with him because he does not know how to help with adl's the way the resident likes to be helped.
7/31/14 Rm 217 Sheila Mercier at 9:43 reported the male staff are better then the female staff and she had no concerns related to care by the male staff
7/31/14 Rm 207 Eva Chrisco at 10:32 AM reported she would prefer white staff then black staff. Reported since she has been her Sept 2013 she has had no concerns about staff abuse or being inappropriate.
7/31/14 Rm 216 at 10:39 AM Betty Dennett reported she had no concerns with the staff and stated they all treat her fine male and female staff alike and on all shifts. The resident reports she had not heard of any resident with concerns regarding the staff.
Rm 218 A Clarice Bonner not interviewable.
Rm 107 Viola Bergardt had no concerns with staff.

Additional information gathered on 8/1/14 by Teresa Fortney, RN, HFSII
8-1-14 4:40 p.m. entrance with Vanessa Underwood, administrator and Weston, VP
Vanessa said they interviewed all staff and all interview able residents. I asked if they interviewed all staff or just all that were suspended. She said they interviewed all of the staff. When I asked to see the interviews she said well they had maybe another 5 left to do.

She said they were unable to substantiate anything. She said they interviewed Grace Cornett and she did not say a thing about anything happening, in fact she said she liked the guy that worked night shift. She said they lifted the suspension this afternoon because they could not substantiate anything. She said every one of the staff suspended had to come and talk with her prior to being allowed to go back to work.

I asked if any of the staff that had been suspended were currently working on the floor. She hesitated then said there might be some.

I asked to see all of the interviews and the staffing schedule for last week and this week. While she gathered the interviews and schedules I went out to the houses and checked to see who was on duty.

4:55 p.m. Berlin Sandy House was Mark Guioles, Holly Kennedy, James (no name tag) and Kelly.

5:00 p.m. Reddy House was Brady Farner, CMA, Stephanie and Janet, nurses are getting ready to make a shift change at this time, Tika CAN, Boneface and Michael

5:09p.m. Rieffel House Joe Brown, CAN, Porter CMA, and Angie the nurse- she has both houses today and so does Porter the CMA

5:15 p.m. Sagabene House Marisha, Stephanie, the nurse Angie and the CMA Porter
5:30 pm. Vanessa presented the list of staff that was suspended: Paul Odbuno, Boneface Onyambu, Michael Olwith, Joe Brown, James Chandra, Bernard Nyangau, Keith Anderson and Abdoul Jaiteh.

Vanessa said on Thursday they started suspensions during the second shift. Abdoul was sent home and the Unit Manager covered until Stacy VonFelt came in. Kevin Thomas cook was sent home and that was covered by the remaining kitchen staff. Joe Brown CNA was sent home and the transportation aide, Cherokee covered for him. Trinishia Graham helped cover, Jenna Erwin worked a double to help cover, Danielle Harris and Angel Robinson also covered.

Vanessa provided the witness statements as interviews. When asked about all of the staff interviews she showed me a paper with a few names and some yes/no kind of answers on the paper. She said the staff suspended did a witness statement. Review showed there was one for the following suspended staff; Paul Odbuno (AP), Boneface Onyambu, Michael Olwith, Joe Brown, and Abdoul Jaiteh. When asked about the other two Vanessa said were suspended - Keith Anderson and Bernard Nyangau she said Keith Anderson had an appointment to come talk with her the evening that I was there. She later said no he didn't have an appointment, then she said oh no he is white, I keep forgetting that. She said Bernard only worked one day a month and when they called to

Invest.rpt 01/04                                                                                     Page 11 of 15

Printed: 08/21/2014   5:42:44AM    Intake ID: KS00077825
Due Date: 08/13/2014                Facility ID: N067078 / SNF/NF
Priority: IJ                        Provider Number: 178632
                                    Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

suspend the staff they were really told that if they wanted to come back to work they had to come and talk to Vanessa first. She said Bernard would not be allowed to work until he had provided a statement.

When asked about the interviews of all of the other staff Vanessa said Zahra, the new DON had started interviewing individual staff and writing down the answers but after a few she just started interviewing them individually prior to the mandatory in-service. Vanessa said she interviewed everyone prior to the in-service, so when the staff signed the in-service it included the individual interview.

Review of the resident interviews revealed one resident, Ronald Walravebs that said Paul Chandra, had refused to let him go to the bathroom when he asked to go. I asked Weston and Vanessa what they had done about that, and both acted surprised and read the paper then started saying that they would not consider that ANE so they wouldn't call it to the State, but they would investigate it, then make a determination. After the discussion ended Weston took off to go interview Ronald about what had happened. Weston returned after a few minutes and said Ronald told him that in December Ronald asked for help to the bathroom and Paul said he needed to weigh Ronald first.

Interview at 6:30 p.m. with Ronald Walraven revealed the resident said he was getting gastro tube feedings in December and he had diarrhea from them. When James Chanda came to get him for a weight, Ronald told him he had to go to the bathroom first. James told him no, and took him to weigh him and then took him to the bathroom. Ronald confirmed that he did not have an accident. When asked if he reported it to anyone he said the Social Service Staff found out about it some way and came to visit with him about it. He was not aware of anything more happening with the "investigation". Ronald also said he had forgotten until talking to me, but James Chandra had pushed him really fast and scared him when he first started. Ronald said after a few days he finally did slow down when Ronald kept telling him not to go so fast. Ronald said he did think James still pushed some of the lady's kind of fast.

The investigation of the above situation was requested. Vanessa said that that was during the period where all of the investigations were nowhere to be found. Kim confirmed that deficiencies had been written related to the lack of investigations. *Vanessa said she did not work here during that period of time.
Avita at Reeds Cove 8-1-14 7:45 p.m. Review of the personnel file for all suspended staff was reviewed for CBC checks and registry or license verification prior to hire.
Paul Onyango DOH 1-14-14  1-16-14 CBC, ok  Registry verification 1-14-14
Joe Brown DOH 7-14-14 CBC ok Registry 7-9-14
Bonface Onyambu DOH 6-17-14  CBC ok  Reg verification ok
Bernard Nyangaua  DOH 3-10-14 RN license check 3-9-14 verified license
Michael Olwith DOH 6-18-14 Registry verification CBC ok 6-4-14
Keith Anderson  DOH 3-27-13 CBC 3-29-13 License Verification 3-26-13 Caucasian
James Chanda  DOH 6-24-13  CBC ok 6-27-13 Registry 6-24-13
Abdoulie Jaiteh DOH 3-10-14 license verification 2-27-14

After consultation with Melissa Mille, from Topeka it was decided there was no need for gathering more information at that time, and it was okay to leave the facility. At 8:15 pm, Vanessa, Kim and Weston were apprised of the plan to leave with further investigation to come.

### SURVEY INFORMATION

| Event ID | Start Date | Exit Date | Team Members | Staff ID |
|---|---|---|---|---|
| L14611 | 07/31/14 | 08/14/14 | Fortney, Teresa | 08799 |
|  |  |  | Rose, Christan | 32676 |
|  |  |  | Banuelos, Treva | 32443 |

Intakes Investigated:    KS00077825(Received: 07/30/2014)

Printed: 08/21/2014  8:42:44AM  
Due Date: 08/13/2014  
Priority: IJ

Intake ID: KS00077826  
Facility ID: N087078 / SNF/NF  
Provider Number: 175632  
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

### SUMMARY OF CITATIONS:

| Event ID | Exit Date | Tag | S/S |
|---|---|---|---|
| L14611 | 08/14/2014 | | |
| | | Federal – Link to This Intake | |
| | | F0225-INVESTIGATE/REPORT ALLEGATIONS/INDIVIDUALS | L |
| | | F0223-FREE FROM ABUSE/INVOLUNTARY SECLUSION | G |
| | | Federal – Not Related to any Intakes | |
| | | F0280-RIGHT TO PARTICIPATE PLANNING CARE-REVISE CP | D |
| | | F0242-SELF-DETERMINATION - RIGHT TO MAKE CHOICES | D |
| | | F0000-INITIAL COMMENTS | N/A |

**EMTALA INFORMATION - No Data**

### ACTIVITIES

| Type | Assigned | Due | Completed | Responsible Staff Member |
|---|---|---|---|---|
| Schedule Onsite Visit | 07/31/2014 | 07/31/2014 | 08/01/2014 | BANUELOS, TREVA<br>FORTNEY, TERESA<br>ROSE, CHRISTAN |

RCHR 000015

Printed: 08/21/2014 8:42:44AM
Due Date: 08/13/2014
Priority: IJ

Intake ID: KS00077825
Facility ID: N067078 / SNF/NF
Provider Number: 175532
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

An unannounced visit was made to Avita Reeds Cove on 7/31/14 at 7:00 a.m. The reason for the visit was explained to the administrator Vanessa Underwood. A brief initial tour was conducted of the facility.

The following information was requested from the facility:
1. A current resident room roster with location
2. A list of alert and oriented residents
3. Employee schedules since July 1st with assignments
4. Employee phone number list
5. A list of resident's requiring assistance with incontinence care
6. ANE policy (asked for later in the day)

Resident's Sampled:
1. Georgia Aaron
2. Virginia Shockley
3. Grace Coronett (complainant)

Alert and oriented residents interviewed:
1. Grace Coronett
2. Virginia Shockley
3. Audine Finch

Additional resident interviews:
1. Tom Porter
2. Marlene Fondren
3. Sheila Mercier
4. Eva Crisco
5. Betty Dennett
6. Viola Bergardt
7. Peggy McAfee

Individuals Interviewed:
1. Vanessa Underwood, administrator
2. Crystal Milliken, social worker
3. Donita Hock COTA
4. Lori Ribaudo, OT/R
5. Jacqueline Leo LPN
6. Dulce Castillo CNA
7. Danielle Harris CNA
8. Ralysha Love CNA
9. Janet Stream LPN
10. Lola Anderson RN
11. Kim Summers, consultant nurse
12. Brady Farmer CMA
13. Crystal Norris Activity director
14. Hugh Camp manager environmental services
15. Ashlee Lewis CMA
16. Sam Machuka RN
17. Teka Jones CNA
18. Simon Gathirimu CNA
19. Eunice Yarbrough, housekeeper
20. Stephanie Hughes cma
21. eric wenzfl cma
22. John Bertlesen, resident #3's son

In summary:
Based on observation, interview, and record review, the allegation of abuse was substantiated. The administrator received a verbal allegation of abuse from two therapists on 7/23/14 and a written statement from one therapist on 7/24/14. When the survey team entered the facility on 7/31/14, the facility had not called in the allegation or documented an investigation of the allegation. The resident Grace Coronett consistently reported to the therapist, her son, and the surveyor the same allegations of abuse. Even though the administrator was aware of the nature of the allegation, the alleged perpetrator continued to work in the facility and, per the administrator's report, had access to all areas of the facility. This placed the facility in an immediate jeopardy situation and the prepared warning statement was read to administrator, Vanessa Underwood on 7/31/14 at 3:30 p.m. and surveyor Treva Banuelos was also present. After the immediate jeopardy was identified, the facility interviewed all interviewable residents, resident Grace Coronett, the resident's son, and all staff members. The facility suspended Joe Brown CNA, Charles Wambugu, CNA, Leslie Hamilton CDM, Roy Kevin Thomas cook, Abdul Jaitah LPN, Boniface Onyambu CNA, Paul Odhuno CNA, and Michael Olwith CNA. The facility also completed inservice education regarding ANE with the last inservice completed on 8/5/14. On 8/5/14, at 4:45 p.m., this surveyor with Audrey Sunderaj via speakerphone, talked with the facility about our concerns and told them the results of our investigation revealed strong evidence the alleged perpetrator was Paul Odhuno, CNA. The facility decided they needed to discuss the matter and came to this surveyor at 5:00 p.m. and reported the facility had terminated the A.P. The immediate jeopardy was abated at this time. The facility also failed to report the allegation of abuse to the State and protect the residents during their investigation, failed to honor the resident's choice not to have care provided by staff members of the opposite gender, and failed to update the resident's comprehensive care plan to include that choice.

RCHR 000016

Printed: 08/21/2014  8:42:44AM  
Due Date: 08/13/2014  
Priority: U

Intake ID: KS00077825  
Facility ID: N087076 / SNF/NF  
Provider Number: 175532  
Mgmt.Unit: SW

## ACTS Complaint/Incident Investigation Report

An exit conference was held with _____ on _____ at _____. A comment sheet and plan of corrections brocure was provided.

### CONTACTS - No Data

### AGENCY REFERRAL

| Agency | Contact Name | Date Referred | Due Date | Agency Visit | Report Received | RO/SA |
|---|---|---|---|---|---|---|
| Law Enforcement per KS statute | | | | | | S |

### LINKED COMPLAINTS - No Data

### DEATH ASSOCIATED WITH THE USE OF RESTRAINTS/SECLUSION - No Data

Reason for Restraint:  
Cause of Death:

### NOTICES

Letters:

| Created | Description |
|---|---|
| 08/20/2014 | 2012 NOTICE TO COMPLAINTANT WITH LTRHEAD/Complains |

### PROPOSED ACTIONS

| Proposed Action | Proposed Date | Imposed Date | Type |
|---|---|---|---|
| Enforcement Action | 08/14/2014 | 08/14/2014 | Federal |

END OF COMPLAINT INVESTIGATION INFORMATION

CONFIDENTIAL

RCHR 000017