Case Number: _____

# ALLEGED PERPETRATOR INFORMATION FORM

Facility: Reeds Cove Health & Rehab
City: Wichita

### ALLEGED PERPETRATOR INFORMATION:

Name: Odhuno (Last)   John (First)   P (MI)   _____ (Alias)

Address: 505 N. Rock Rd Apt 133 (Street/PO Box)   Wichita (City/State)   KS, 67206 (Zip code)

Telephone: (316) 461-7188

Please ensure the following Information is attached or provided with this form.

- [x] EVIDENCE OF PRE-EMPLOYMENT SCREENING & TRAINING ON ANE FOR THIS EMPLOYEE
- [x] COPY OF CERTIFICATE OR LICENSE
- [x] ALLEGED PERPETRATOR'S NOTARIZED STATEMENT

Date of Hire: 01/14/2014
Was the AP Suspended? Yes   If suspended, date(s) of suspension: 07/31/2014
Was the AP Terminated? Yes   If terminated, date of termination: 08/05/2014

### CREDENTIALING/LICENSURE INFORMATION:

Certificate or License No. 123795

Type if Certification (check all that apply)
NAT ☐   CNA ☐   CMA ☒   HHA ☐   AD ☐   SSD ☐   Other ☐

NAT = Nurse Aide Trainee I or II
HHA = Home Health Aide
CNA = Certified Nurse Aide
AD = Activity Director
CMA = Certified Medication Aide
SSD = Social Service Designee

Type of License (check all that apply)

ACHA ☐   RN ☐   LPN ☐   RPT ☐   OT ☐   LMHT ☐   Licensed SW ☐

ACHA = Adult Care Home Administrator   RN = Registered Nurse   LPN = Licensed Practical Nurse
RPT = Registered Physical Therapist   OT = Occupational Therapist   LMHT = Licensed Mental Health Tech
Licensed SW = Licensed Social Worker

Rose
EXHIBIT NO. 3
6/7/17
APPINO & BIGGS

3

EXHIBIT 8

Docket No. C 15-364
CMS Ex. 1
Page 44 of 176
CMS 00044