# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN PAUL ODHUNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REED'S COVE HEALTH AND REHABILITATION, | )   Case No. 15-1347-EFM-GEB |
| LLC d/b/a AVITA; AXIOM HEALTHCARE | ) |
| SERVICES, LLC; AUDREY SUNDERRAJ; | ) |
| CAROL SCHIFFELBEIN; CHRISTAN ROSE; | ) |
| TERESA FORTNEY; TREVA BANUELOS; | ) |
| and TIM KECK, in his official capacity as Secretary | ) |
| of the Kansas Department for Aging and Disability | ) |
| Services, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO DEFER RULING ON THE
SUMMARY JUDGMENT MOTION FILED BY DEFENDANTS
SUNDERRAJ, SCHIFFELBEIN, FORTNEY, BANUELOS, AND KECK**

The plaintiff, John Paul Odhuno, by and through his attorneys, Edward L. Keeley and Katy E. Tompkins of McDonald Tinker PA, moves the Court pursuant to Fed. R. Civ. P. 56(d) to defer ruling on the summary judgment motion filed by defendants Audrey Sunderraj, Carol Schiffelbein, Teresa Fortney, Treva Banuelos, and Tim Keck (in his official capacity). (See Doc. 105, 106) Their dispositive motion is entirely premature because the depositions of only one of these defendants (Sunderraj) has been taken. Without additional discovery, plaintiff cannot present facts at this time essential to justify his opposition to their motion. A memorandum in support of plaintiff's Rule 56(d) motion is filed herewith, along with an attached affidavit by plaintiff's counsel. In addition, plaintiff has filed a response

memorandum opposing defendant Christan Rose's summary judgment.  (See Doc. 118)  That response memorandum is also fully incorporated herein by reference.

WHEREFORE, pursuant to Rule 56(d), plaintiff Odhuno moves this court to defer its ruling on the summary judgment motion filed by defendants Sunderraj, Schiffelbein, Fortney, Banuelos, and Keck.

        Respectfully submitted,

        s/ Edward L. Keeley
        Edward L. Keeley (#09771)
        ekeeley@mcdonaldtinker.com
        Katy E. Tompkins (#25581)
        ktompkins@mcdonaldtinker.com
        MCDONALD TINKER PA
        300 West Douglas Avenue, Suite 500
        Wichita, Kansas  67202
        Phone:   (316) 263-5851
        Fax:      (316) 263-4677
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2017, the foregoing was filed with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing to the following:

Forrest T. Rhodes, Jr.
FOULSTON SIEFKIN LLP
1551 N Waterfront Pkwy, #100
Wichita, KS  67206
*Attorneys for Defendants*
 *Reeds Cove & Axiom*

Kimberly M.J. Lynch
Jessica F. Conrow
KANSAS DEPARTMENT FOR AGING
   AND DISABILITY SERVICES
503 S. Kansas Ave.
Topeka, KS  66603
*Attorneys for Defendants Keck, Sunderraj,*
 *Schiffelbein, Rose, Fortney and Banuelos*

Thomas E. Beall
T.G. Luedke
United States Attorney's Office
District of Kansas
Federal Building, Suite 290
444 SE Quincy Street
Topeka, KS 66683
*Attorneys for Defendants Sunderraj,*
 *Schiffelbein, Rose, Fortney and Banuelos*

                                        s/ Edward L. Keeley
                                        Edward L. Keeley