IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JOHN PAUL ODHUNO, )
)
               Plaintiff, )
)
v. )
)
REED'S COVE HEALTH AND REHABILITATION, )  Case No. 15-1347-EFM-GEB
LLC d/b/a AVITA; AXIOM HEALTHCARE )
SERVICES, LLC; AUDREY SUNDERRAJ; )
CAROL SCHIFFELBEIN; CHRISTAN ROSE; )
TERESA FORTNEY; TREVA BANUELOS; )
and TIM KECK, in his official capacity as Secretary )
of the Kansas Department for Aging and Disability )
Services, )
)
               Defendants. )
_____)

## AFFIDAVIT OF EDWARD L. KEELEY

I, Edward L. Keeley, swear or affirm:

1.     My name is Edward L. Keeley.

2.     I am an attorney licensed to practice law in the United States District Court for the District of Kansas.

3.     I represent John Paul Odhuno who is the plaintiff in this case.

4.     I am familiar with the details of plaintiff's case, including the fact that, to date, there has been limited discovery conducted.

5.     Based on the four depositions which plaintiff has taken thus far, plaintiff needs the opportunity to take the depositions of defendants Schiffelbein, Fortney, Banuelos, and Keck in order to properly respond to their summary judgment motion, as well as the summary judgment motion of defendant Sunderraj, filed on June 6, 2017.

EXHIBIT A

I SWEAR OR AFFIRM THAT THE ABOVE AND FOREGOING REPRESENTATIONS ARE TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

_____  
Edward L. Keeley

_____  
Date: July 28, 2017

**STATE OF KANSAS**          )  
                             ) SS  
**COUNTY OF SEDGWICK** )

Subscribed and sworn or affirmed before me this 28th day of July, 2017.



ROBERT G. MARTIN  
My Appointment Expires  
February 23, 2018

_____  
Notary Public  
My Commission Expires: 2-23-2018

2