IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOHN PAUL ODHUNO<br><br>**Plaintiff,**<br><br>v.<br><br>REED'S COVE HEALTH AND REHABILITATION, LLC d/b/a AVITA; AXIOM HEALTH CARE SERVICES, LLC; AUDREY SUNDERRAJ; CAROL SCHIFFELBEIN; CHRISTAN ROSE; TERESA FORTNEY; TREVA BANUELOS; and TIM KECK, in his official capacity as Secretary of the Kansas Department for Aging and Disability Services,<br><br>**Defendants.** | Case No. 15-CV-1347-EFM-GEB |

**EXHIBITS LIST IN SUPPORT OF KDADS DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION TO DEFER RULING ON THE SUMMARY
JUDGMENT MOTION FILED BY DEFENDANTS SUNDERRAJ, JACKSON, FORTNEY,
BANUELOS, AND KECK, AND MEMORANDUM IN SUPPORT**

Defendants, Audrey Sunderraj, Carol (Schiffelbein) Jackson, Timothy Keck, Christan Rose, Teresa Fortney, and Treva Banuelos (KDADS Defendants) by and through counsel, Kimberly M.J. Lynch, Chief Counsel and Jessica Conrow, Litigation Counsel for the Kansas Department for Aging and Disability Services, and respectfully submits the following Exhibit List in Support of KDADS Defendants' Response to Plaintiff's Motion to Defer Ruling on the Summary Judgment Motion filed by Defendants Sunderraj, Jackson, Fortney, Banuelos, and Keck, and Memorandum in Support. In support, KDADS Defendants state:

On August 25, 2017, KDADS Defendants' Response to Plaintiff's Motion to Defer Ruling on the Summary Judgment Motion filed by Defendants Sunderraj, Jackson, Fortney, Banuelos, and Keck, and Memorandum in Support (Response). (Doc. 126). KDADS Defendants also filed a

Motion for Leave to file the exhibits to the Response under seal. (Doc. 125). Pursuant to D. Kan. Rule 5.4.6(a)(4), the parties were provided with copies of the Motion for Leave to File Under Seal and the exhibits to be filed under seal. On August 28, 2017, the Court denied the Motion for Leave to File Under Seal. (Doc. 128). In accordance with the Court's ruling and after reviewing the Guidelines for Motion Practice before Judge Melgren, KDADS Defendants file the exhibits in Support of the Reply. And after further review of the exhibits, while the excerpts are confidential in nature they do not appear to contain protected health information and may be filed without redactions. The parties have reached an agreement to allow KDADS to file the below confidential exhibits subject to the parties Agreed Protective Order (Doc. 92) without redactions.

    A. Excerpt from Vanessa Underwood deposition.

    B. Excerpt from Kimberly Summers deposition.

Respectfully Submitted,

*/s/ Kimberly M.J. Lynch*

By: Kimberly M. J. Lynch, #24225
Jessica F. Conrow, #27073
Kansas Department for Aging and
    Disability Services
503 S. Kansas Ave, Topeka, KS 66603
P: (785) 296-0378 | F: (785) 296-0767
Email: kimberly.lynch@ks.gov
Email: jessica.conrow@ks.gov

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th August, 2017, the above and foregoing **Exhibit List in Support of KDADS Defendants' Response to Plaintiff's Motion to Defer Ruling on the Summary Judgment Motion filed by Defendants Sunderraj, Jackson, Fortney, Banuelos, and Keck, and Memorandum in Support** was electronically filed with the Clerk of the US District Court by using the electronic filing system and a copy was e-mailed to the following:

Edward L. Keeley	ekeeley@mcdonaldtinker.com
Katy E. Tompkins	ktompkins@mcdonaldtinker.com
MCDONALD, TINKER, SKAER,
QUINN & HERRINGTON, P.A.
300 West Douglas Avenue, Suite 500
Wichita, Kansas 67202
	*Attorneys for Plaintiff*

Forrest T. Rhodes, Jr.	frhodes@foulston.com
Foulston Siefkin LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, KS  67206-4466
	*Attorney for Defendants*
	*Reeds Cove and Axiom*


	*/s/ Kimberly M.J. Lynch*
	Kimberly M.J. Lynch