```
 1       Q.   Is there any difference in the title of
 2  executive director of Reeds Cove versus
 3  administrator of LakePoint?
 4       A.   Just sounds fancier.
 5       Q.   Okay.  Generally, tell us what your
 6  duties are and have been as executive director at
 7  Reeds Cove since you went there in January 2014.
 8       A.   Responsible for overseeing the overall
 9  operations.
10       Q.   Why don't you break that down for us.
11       A.   So the department directors report to me.
12       Q.   How many departments, what departments?
13       A.   Three, so there'd be nursing, dietary and
14  environmental services.
15       Q.   Okay.  What does environmental services
16  do?
17       A.   Housekeeping and maintenance.
18       Q.   Okay.  Gotcha.  So you've got the three
19  department heads that report to you, correct?
20       A.   And activities.
21       Q.   And activities?
22       A.   Yes.
23       Q.   And what's the activities department do?
24       A.   Activities for the residents.
25       Q.   Okay.  And then who supervises you?  Is
```


