```
 1      A.   That is correct.
 2      Q.   And then you talked to them and got their
 3 side?
 4      A.   That is correct.
 5      Q.   Okay.  Now, going back to your affidavit,
 6 Exhibit 57, and going to paragraph 31, you
 7 indicate that you were present at Reeds Cove --
 8           MR. RHODES:  Objection, I don't see a
 9 paragraph --
10           MR. KEELEY:  I'm sorry.  Did I -- I
11 misstated.  It's Exhibit 57.
12           MR. RHODES:  There's not a paragraph 31.
13           MR. KEELEY:  I misstated then.  It's
14 paragraph 11.  Thank you for correcting me on
15 that.
16           MR. RHODES:  Okay.
17      BY MR. KEELEY:
18      Q.   I'm referring to paragraph 11 that refers
19 to July 31 and that you were present at Reeds Cove
20 when surveyors from the Kansas Department for
21 Aging & Disability Services arrived to conduct the
22 complaint survey.  Do you recall that day?
23      A.   Vaguely.
24      Q.   Okay.  Did you ever make notes of any of
25 the interactions you had with Reeds Cove people or
```




**KDADS 002**