# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

JOHN PAUL ODHUNO,

Plaintiff,

v.                                                    Case No. 6:15-cv-01347-EFM-GEB

REED'S COVE HEALTH AND REHABILITATION,
LLC, d/b/a AVITA; AXION HEALTHCARE
SERVICES, LLC; AUDREY SUNDERRAJ; CAROL
SCHIFFELBEIN; CHRISTIAN ROSE; TERESA
FORTNEY; TREVA BANUELOS; and LAURA
HOWARD, in her official capacity as Secretary of the
Kansas Department for Aging and Disability Services,

Defendants.

## Stipulation of Dismissal

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties who have appeared hereby stipulate

that all claims by plaintiff against all defendants are dismissed with prejudice. The parties shall

bear their own costs and fees.

| | |
|---|---|
| s/Edward L. Keeley | s/David R. Cooper |
| Edward L. Keeley, #09771 | David R. Cooper                    #16690 |
| Katy E. Tompkins, #25581 | Fisher, Patterson, Sayler & Smith, LLP |
| Andrew L. Foulston, #27688 | 3550 S.W. 5th Street |
| McDONALD TINKER PA | Topeka, Kansas 66606 |
| 300 W. Douglas, Suite 500 | (785) 232-7761 \| (785) 232-6604 (fax) |
| Wichita, KS 67202 | dcooper@fisherpatterson.com |
| ekeeley@mcdonaldtinker.com | *Attorneys for Defendants Audrey Sunderraj,* |
| ktompkins@mcdonaldtinker.com | *Carol Schiffelbein, Christian Rose, Teresa* |
| afoulston@mcdonaldtinker.com | *Fortney, Treva Banuelos, and Laura Howard,* |
| Phone: (316) 263-5851 | *in her official capacity as Secretary of the* |
| Fax: (316) 263-467& | *Kansas Department for Aging and Disability* |
| *Attorneys for Plaintiff* | *Services* |

{T0469531}

/s/Forrest T. Rhodes, Jr.
Forrest T. Rhodes, Jr., #19567
Michael J. Norton, KS #18732
1551 North Waterfront Pkwy, Suite 100 Wichita,
KS 67206
Tel: (316) 291-9555
Fax: (866) 347-5132
frhodes@foulston.com
mnorton@foulston.com
*Attorneys for Defendants Reed's Cove Health and Rehabilitation LLC d/b/a Avita and Axiom Healthcare Services, LLC*